IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____

05 MAR 31  AM 10:1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA )
    Plaintiff, )
)
VS. ) CR. NO. 04-20425-01-B
)
RAMON RAZO )
    Defendant. )
)

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on March 30, 2005, the United States Attorney for this district, Scott Leary, appearing for the Government and the defendant, Ramon Razo, appearing in person and with counsel, Stephen Lefler, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, JUNE 30, 2005, at 1:30 P.M., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 30th day of March, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-4-05

(61)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CR-20425 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT